**Order filed, June 11, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00129-CV

———————

## ACE PARKING MANAGEMENT, INC., Appellant

## V.

## MAIN STREET PARKING, LIMITED AND BRANTLEY MINOR, Appellee

———————

## NO. 14-13-00195-CV

———————

## BRANTLEY MINOR, Appellant

## V.

## ACE PARKING MANAGEMENT, INC., Appellee

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2009-50648**

# ORDER

The reporter's record in this case was due **May 20, 2013**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Marcia Barnett, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order with **NO FURTHER EXTENSIONS.**

PER CURIAM